

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00411-CV

**REPSOL OIL** and Gas USA, LLC as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice

The court reporter, Leticia Escamilla, has filed a fifth notice of late record requesting another extension to file the reporter's record. Our order granting Ms. Escamilla's fourth request stated, "no further extensions will be granted without any new, extraordinary circumstances." The extraordinary circumstances described in Ms. Escamilla's fourth request included the size of the record. Contrary to our last order, Ms. Escamilla's fifth request does not describe any new extraordinary circumstances. However, Ms. Escamilla's request states all but a few of the sixty-volume record have been completed, and she has the help of two other court reporters. She has requested an extension of time until February 11, 2019, to file the complete record.

Considering Ms. Escamilla's request and the filings in this case, we grant the request in part. We **ORDER** Leticia Escamilla to file all completed volumes of the reporter's record by Tuesday, February 5, 2019. We **ORDER** Ms. Escamilla to file the remaining volumes by February 14, 2019. Ms. Escamilla is advised that if she does not file the record by the dates ordered, she may be ordered to appear before this court and show why she should not be sanctioned or held in contempt for violating this order.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court